UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Martin Clive Ryan,  Case 3:12-bk-04424-CJJ
Liza Suzette Ryan,  Chapter 7

    Debtors.
_____

Martin Clive Ryan,  Adv. No. 3:20-ap-00077-CJJ
Liza Suzette Ryan,

    Plaintiffs,
-vs-

Regions Bank,

    Defendant.
_____

## CERTIFICATE OF SERVICE OF JUDGMENT (DOC 12)

    I HEREBY CERTIFY that I served a copy of the Judgment (Doc 12) entered by the Court on August 17, 2020 by electronic or standard first-class mail to the parties listed below on this August 18, 2020.

*Debtor*  
**Martin Clive Ryan**  
22241 N.W. 6th Street  
Dunnellon, FL 34431  
*aka* **DocTech**

represented by **Richard A. Perry**  
Richard A Perry, Attorney at Law  
820 East Fort King Street  
Ocala, FL 34471  
Email: richard@rapocala.com

*Joint Debtor*  
**Liza Suzette Ryan**  
22241 N.W. 6th Street  
Dunnellon, FL 34431

represented by **Richard A. Perry**  
(See above for address)

*Trustee*
**Aaron R. Cohen**
P.O. Box 4218
Jacksonville, FL 32201-4218

| | |
|---|---|
| *U.S. Trustee* <br> **United States Trustee - JAX 13/7** <br> Office of the United States Trustee <br> George C Young Federal Building <br> 400 West Washington Street, Suite 1100 <br> Orlando, FL 32801 | represented by **Scott E Bomkamp** <br> United States Trustee <br> 400 W. Washington Street <br> Suite 1100 <br> Orlando, FL 32801 <br> Email: scott.e.bomkamp@usdoj.gov |

/s/ *Starlett M. Massey*
Starlett M. Massey
Florida Bar No. 44638
**Massey Law Group, P.A.**
P.O. Box 262
St. Petersburg, FL 33731-0262
813-868-5601 (Tel)
smassey@masseylawgrouppa.com
service@masseylawgrouppa.com
**Counsel for Regions Bank**